FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 1 2 2005

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>C. L. BROWN,<br><br>Defendant. | CRIMINAL NO. CR 05 2262 WJ<br><br>21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(B): Possession with Intent to Distribute 100 Kilograms and more of Marijuana; and 18 U.S.C. § 2: Aiding and Abetting. |

## INDICTMENT

The Grand Jury charges:

On or about the 27th day of September, 2005, in McKinley County, in the State and District of New Mexico, the defendant, **C. L. BROWN**, did unlawfully, knowingly and intentionally possess with intent to distribute 100 kilograms and more of Marijuana, a Schedule I controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(B); and 18 U.S.C. § 2.

A TRUE BILL:

/s/

_____
FOREPERSON OF THE GRAND JURY

DAVID C. IGLESIAS
United States Attorney
10/06/05 1:36pm