CL Brown
39 Goodman Trace
Manchester, Tennessee 37355
931-723-6960

Marlon Blake Evans & Associates Evans
535 Griswold St # 1630
Detroit, MI 48226
(313) 962-2335


April 4, 2007, 3:35 PM


Re: Cancellation of Attorney Contract


Dear Mr. M. Evan:


    Although I have appreciated your services over the past year, we must cancel our contract because your services are no longer required with me.

    I have no choice but to cancel our service contract. After discussions, with my family I feel that you provided a good service at the beginning of our contract but I also feel that I need you undivided attention and you have not provided adequate service to my personal needs.

    I have court appearances that have not been dealt with on a punctual manner. Under the circumstances, I must cancel our agreement/service contract.


Sincerely yours,

*CL Brown Jr.* (signature)

CL Brown


cc:    United States Court House
       333 Lomas Blvd., N.W.
       Albuquerque, New Mexico
       W. Daniel Schneider, United States Magistrate Judge
       Case Number 05-CR-2262 WJ


2nd notice

CL BROWN
39 GOODMAN TRACE
MANCHESTER TN 37355

United States Court House
333 Lomas Blvd., N.W.
Albuquerque, New Mexico 87102
W. Daniel Schneider, United States Magistrate Judge