SF-012 Petition for Exoneration and Discharge of Bond

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 0 6 2008

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                    CR No. 05-2262-WJ

C.L. BROWN

Defendant.

## PETITION FOR EXONERATION AND DISCHARGE OF BOND

PETITIONER, MONIQUE IVORY _____ formerly residing at 173 Winton Way, Manchester TN 37355 _____, deposes and states as follows: and now at 2707 Nugget Ct., Murfreesboro, TN 37130

1. That on the __3rd__ day of __October__, 20_05_, Petitioner deposited with the Clerk of the United States District Court, the sum of $__25,000.00__ or __n/a__ _____ (property), to secure the costs/appearance of the above-named Defendant.

2. That on the __n/a__ day of __n/a_____, 20_____, the above sum (BOND) was assigned to the above-named Petitioner.

The criminal proceedings against the Defendant named above were terminated on the __26th__ day of __November__, 20_07_, by Judgment. The condition of the bond having been complied with, the Petitioner requests that an order be entered directing the Clerk of the Court to return the sum of $__25,000.00__, or __n/a_____ (property) to Petitioner.

Petitioner
MONIQUE IVORY

Subscribed and Sworn to before me
this __7__ day of __January__
20_07_.

_____
Notary Public

My Commission Expires:
My Commission Expires
September 7, 2010

Avertments verified:

Clerk of Court

By: _____

(Notary seal: RICHARD A MILLER III, STATE OF TENNESSEE, NOTARY PUBLIC, COUNTY OF RUTHERFORD)