**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 0 6 2008

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

Plaintiff,

Vs.

Crim. No. 05-2262-WJ

C.L. BROWN

Defendant.

### ORDER GRANTING PETITION FOR EXONERATION & DISCHARGE OF BOND

DEFENDANT C.L. BROWN having satisfied the condition of his bond and being entitled to have the said bond discharged and the monies deposited as surety therefor returned to the person having deposited the same, and having reviewed the sworn Petition of Monique Ivory filed herein,

IT IS ORDERED that Defendant C.L. BROWN's bond is hereby discharged and exonerated, and the Surety, Lexington National Insurance Corporation and/or its agent(s), including without limitation, Alpha Omega Bail Bonding Co., is directed to return the collateral (Ref. No. 2005-EE-4161) in the sum of

$25,000.00

to:     Monique Ivory

        2707 Nugget Ct.

        Murfreesboro, TN 37130

DONE at this Court, this __5TH__ day of __FEBRUALY__, 2008.

_____
William P. Johnson, United States District Judge

Draft Order Submitted by:

**s/ Charles Fisher**

**Charles Fisher**

*Attorney for Defendant C.L. Brown*