UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR - 3 2010

**FILED**
MATTHEW J. DYKMAN
CLERK

2009 OCT 13 P 3:40

U.S. DISTRICT COURT
EASTERN DIST. TENN
BY _____ DEPT. CLERK

| PROB 22(Rev. 2/88) TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court) 1:05CR02262-001WJ |
|---|---|
| | DOCKET NUMBER (Rec. Court) 1:09-CR-6079 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT New Mexico | DIVISION Albuquerque |
|---|---|---|
| C. L. Brown | NAME OF SENTENCING JUDGE Honorable William Paul Johnson | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/26/2007 | TO 11/25/2011 |

OFFENSE: Possession with Intent to Distribute 100 Kilograms and more of Marijuana, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **NEW MEXICO**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Eastern District of Tennessee** n that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/2/09
Date

_/s/_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF TENNESSEE**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

OCT 1 3 2009
Effective Date

/s/
Curtis L. Collier
United States District Judge